1
JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
2
7677 Oakport Street, Suite 1120
Oakland, CA 94621
3
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
4
E-Mail:   John.burris@johnburrislaw.com

5
GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
6
486  41st Street, # 3
Oakland, CA 94609
7
Telephone and Facsimile: (510) 420-0324
E-Mail:  Glibet@sbcglobal.net
8

9
Attorneys for Plaintiff

10
GREGORY M. FOX, Esq./ State Bar # 70876
ARLENE C. HELFRICH, Esq./ State Bar # 96461
BERTRAND, FOX AND ELLIOT
11
The Waterfront Building
2749 Hyde Street
12
San Francisco, CA 94109
Telephone: (415) 353-0999
13
Facsimile:  (415) 353-0990
E-Mail:     Gfox@bfesf.com
14

15
Attorneys for Defendants

UNITED STATES DISTRICT COURT

16
NORTHERN DISTRICT OF CALIFORNIA

17

18

| GABRIEL J. HURST, | Action No. C-08-02518-WDB |
| --- | --- |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CITY OF ALAMEDA AND CHIEF OF POLICE WALTER TIBBET** |
| vs. | |
| CITY OF ALAMEDA, a municipal corporation; WALTER TIBBET, in his capacity as Chief of Police for CITY OF ALAMEDA; RYAN DERESPINI individually, and in his capacity a police officer for CITY OF ALAMEDA; IAN SUMMIT, individually,  and in his capacity as a police officer for CITY OF ALAMEDA; and, DOES 1-25, inclusive, | |
| Defendants. | |

19
20
21
22
23
24
25
26
27
28

1  The parties to this action, by and through their counsel of record, hereby stipulate to the following:

2       1. Dismissal of defendant CITY OF ALAMEDA and defendant WALTER TIBBET, Chief of
3  Police for the CITY OF ALAMEDA from this action, except that plaintiff continues to allege, as
   stated in his Ninth Cause of Action, that CITY OF ALAMEDA, pursuant to Government Code
4  Section 815.2(a), is vicariously liable to plaintiff for his injuries and damages alleged herein, incurred
5  as a proximate result of the intentional and/or negligent wrongful conduct of defendant police officers
   DERESPINI; SUMMIT; and DOES 1-25, inclusive, as set forth in plaintiff's First Cause of Action,
6  and Third through Seventh Causes of Action of his Complaint; and,

7       2. Dismissal of the Second Cause of Action and the Eighth Cause of Action from this action.

8
9                                          LAW OFFICES OF GAYLA B. LIBET

10  Dated: 2/26/09                    By: /s/ Gayla B. Libet
11                                         GAYLA B. LIBET, Esq.
                                           Attorneys for Plaintiff
12

13                                         LAW OFFICES OF JOHN L. BURRIS
14

15  Dated: 2/26/09                    By:    /s/ John L. Burris
16                                         JOHN L. BURRIS, Esq.
                                           Attorneys for Plaintiff
17

18                                         BERTRAND, FOX & ELLIOT
19

20  Dated:_____              By:_____
21                                         GREGORY M. FOX, Esq.
                                           Attorneys for Defendants
22

23                                         **ORDER**

24
25  PURSUANT TO STIPULATION, IT IS SO ORDERED.
26

27
28  Dated: 3/2/09

                                   _____
                                   HONORABLE WAYNE D. BRAZIL
                                   United States District Court Magistrate Judge

2