Gregory M. Fox    State Bar No. 70876
BERTRAND, FOX AND ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
E-Mail:    Gfox@bfesf.com

Teresa L. Highsmith State Bar No. 155262
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:    (510) 747-4750
Facsimile:    (510) 747-4767

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. HURST,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CITY OF ALAMEDA, a municipal corporation; WALTER TIBBET, in his capacity as Chief of Police for CITY OF ALAMEDA; RYAN DERESPINI individually, and in his capacity a police officer for CITY OF ALAMEDA; IAN SUMMIT, individually, and in his capacity as a police officer for CITY OF ALAMEDA; and, DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Action No. C-08-02518-JL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

　　　The parties to this action, by and through their counsel of record, hereby stipulate for an Order of Dismissal with Prejudice of the Entire Action with each side to bear their own attorneys fees and costs. This Dismissal with Prejudice also incorporates by reference as though fully set forth herein that Settlement Agreement and Full and Final Release of all Claims executed by the plaintiff on May 6, 2009.

So stipulated.

                                        LAW OFFICES OF JOHN L. BURRIS

Dated: May 8, 2009                By: _____/s/_____
                                                  JOHN L. BURRIS, Esq.
                                                  Attorneys for Plaintiff

                                        BERTRAND, FOX & ELLIOT

Dated: May 21, 2009             By: _____/s/_____
                                                 GREGORY M. FOX, Esq.
                                                 Attorneys for Defendants

                                            ATTORNEY ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 21, 2009                                      /s/_____
                                                     GREGORY M. FOX

## **ORDER**

    PURSUANT TO THE STIPULATION OF THE PARTIES , IT IS SO ORDERED THAT THE ENTIRE ACTION IS DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR THEIR OWN FEES AND COSTS.

Dated: May 22, 2009                                      *James Larson*
                                               HONORABLE JAMES LARSON
                                             United States District Court Magistrate Judge